IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

Case No. 3:20-cr-114-1

RICARDO ALVARADO

# NOTICE OF APPEAL

Notice is hereby given that Ricardo Alvarado, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment [R.89] entered in this action on the 27th day of May, 2022.

Defendant's signature: s\ Ricardo Alvarado (prepared by courtroom deputy based on Defendant's request in open court on May 26, 2022)